THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT FIRPO, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the crime of leaving the scene of an accident without reporting (Vehicle and Traffic Law, § 70, subd. 5-a), reversed on the law and the facts, the complaint dismissed, and defendant discharged. In our opinion the proof did not establish beyond a reasonable doubt defendant's guilt of the crime charged. (*People* v. *Hakala*, 270 App. Div. 612; *People* v. *Curtis*, 217 N. Y. 304, 307; *People* v. *Shlansky*, 256 N. Y. 538.) Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK A. HAMILTON, Appellant.— Judgment of the County Court of Nassau County, convicting defendant of the crime of conspiracy, unanimously affirmed. While the court erred in its charge as to the overt acts alleged in the indictment, no exception was taken to the said charge. The guilt of the defendant was palpable and so convincingly proved that the verdict of the jury should not be disturbed. Lewis, P. J., Johnston, Adel and Wenzel, JJ., concur; Nolan, J., concurs in the result, being of opinion that there was no error in the charge.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK H. NOBLE, Appellant.—Judgment of the Kings County Court, convicting appellant of the crime of assault in the second degree with intent to commit rape, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

LOUIS REITER, Appellant-Respondent, v. DARLING STORES CORP., Respondent-Appellant.— Action to recover damages for breach of contract for the rendition of services by plaintiff to defendant. Cross appeals from an order granting plaintiff's motion for examination of the defendant before trial and for the discovery of certain books, records and papers. Order, insofar as appealed from, affirmed, without costs, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

325 CHURCH AVENUE CORPORATION, Appellant, v. NILOW REALTY CORPORATION, Tenant, and MICHAEL'S FAIR-MART FOOD STORES, INC., Respondent.— Order of the Appellate Term modifying and as modified affirming the final order of the Municipal Court of the City of New York, Borough of Brooklyn, in a summary proceeding to recover possession of business space, and dismissing appellant's petition as against the respondent, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 854.]

### (June 23, 1948.)

In the Matter of the Application of EDWARD EVERETT for Admission to Practice as an Attorney. (From the District of Columbia.)— Application granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of GEORGE J. HAMMERMAN for Admission to Practice as an Attorney. (From the State of Illinois.)— Application granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.